# United States District Court

FOR THE MIDDLE _____ DISTRICT OF _____ ALABAMA NORTHERN DIVISION _____

GEORGIA SOUTHWESTERN RAILROAD,
INC., A CORPORATION

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv3-B

TO: (Name and Address of Defendant)

AMERICUS C. MITCHELL, JR.,
AN INDIVIDUAL,

1515 FOX RIDGE ROAD
EUFAULA, AL   36027

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ADRIAN D. JOHNSON
PARNELL & CRUM, P.A.
641 SO. LAWRENCE STREET
MONTGOMERY, AL   36104

an answer to the complaint which is herewith served upon you, within ____ 20 ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Debra P. Hackett                                          1-9-06
CLERK                                                     DATE

Charlene Campbell
BY DEPUTY CLERK