IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGIA SOUTHWESTERN RAILROAD,
INC., a Corporation,

      **Plaintiff**

v.                                **CASE NO. 2:06cv3-DRB**

AMERICUS C. MITCHELL, JR.,
an Individual,

      **Defendant.**

## REPORT OF PARTIES' PLANNING MEETING

1.    <u>Appearances</u>:

    Pursuant to Fed.R.Civ.P.26(1), a meeting of the parties' representatives was held on <u>March 10, 2006</u>, in <u>Montgomery, Alabama</u>.

    a.    Appearing on behalf of Plaintiff: <u>Adrian D. Johnson</u>

    b.    Appearing on behalf of Defendant: <u>D. Craig Allred</u>

2.    <u>Parties</u>:

    a.    The Plaintiff shall have until <u>June 15, 2006</u>, to join any additional parties.

    b.    The Defendant shall have until <u>July 1, 2006</u>, to join any additional parties.

3.    <u>Pleadings</u>:

    a.    The Plaintiff shall have until <u>October 15, 2006</u>, to amend the pleadings.

    b.    The Defendant shall have until <u>October 15, 2006</u>, to amend the pleadings.

4.    <u>Dispositive Motions</u>:

    All potentially dispositive motions must be filed by <u>November 1, 2006</u>.

5.     Expert Testimony:

Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert - are due:

a.     From the Plaintiff: September 15, 2006

b.     From the Defendant:  October 15, 2006

6.     Discovery Limitations and Cutoffs:

a.     Unless modified by stipulation of the parties:

Depositions:

Maximum of 6 depositions for the Plaintiff and 6 depositions for the Defendant with a maximum time limit of 8 hours per deposition, unless extended by agreement of the parties.

Interrogatories:

Maximum of 40 by each party, with responses due within 30 days after service.

Request for Admission:

Maximum of 40 by each party, with responses due within 30 days after service.

Request for Production:

Maximum of 40 by each party, with responses due within 30 days after service.

Supplementation:

Supplements under Rule 26(e), Fed.R.Civ.P., are due 30 days before the close of discovery.

b.     Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by March 31, 2006.

c.      Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by <u>October 15, 2006.</u>

7.      <u>Pre-trial Conference</u>:

This case is set for pretrial conference on <u>November 20, at 9:00 a.m., in Montgomery, Alabama</u>.

8.      <u>Trial</u>:

This case is set for jury trial on <u>December 4, 2006, at 9:00 a.m., in Montgomery, Alabama</u>.

9.      <u>Final Lists</u>:

Final lists of trial witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) must be served and filed:

a.      By the Plaintiff:   <u>November  10, 2006</u>

b.      By the Defendant:  <u>November  10, 2006</u>

Objections are to be filed within <u>10 </u>days after receipt of final lists.

10.     <u>Scheduling Conference</u>:

The parties <u>do not </u>request a scheduling conference prior to the entry of the Scheduling Order

Submitted this __13th__ day of March, 2006.

ATTORNEY FOR PLAINTIFF:

_____
Adrian D. Johnson
Parnell & Crum, P.A.
P.O. Box 2189
Montgomery, Alabama   36102-2189
334/832-4200

ATTORNEY FOR DEFENDANT:

_____
D. Craig Allred
David E. Allred, P.C.
P.O. Box 241594
Montgomery, Alabama 36124-1594
334/396-9200