RECEIVED

2006 MAR 23 P 3:46

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation, | ) ) ) |
| Plaintiff, | ) ) ) 2:06-CV-00003-DRB |
| v. | ) ) |
| AMERICUS C. MITCHELL, JR., an Individual, | ) ) ) |
| Defendant. | ) ) ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

3-22-06
Date

[signature]
Signature

Georgia Southwestern Railroad
Counsel For (print name of all parties)

P.O. Box 2189 - Montg. AL. 36102-2189
Address, City, State, Zip Code

334/832-4200
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101