RECEIVED

2006 MAR 17  A 9: 40

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICUS C. MITCHELL, JR., an Individual,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) 2:06-CV-00003-DRB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

3-16-2006
Date

_[signature]_
Signature

Americus C. Mitchell, Jr.
Counsel For (**print** name of all parties)

P.O. Box 241594; Montgomery, AL 36124-1594
Address, City, State, Zip Code

334-396-9200
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101