IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation | ) ) ) | |
| Plaintiff, | ) ) | 2:06-CV-00003-DRB |
| v. | ) ) | |
| AMERICUS C. MITCHELL, JR., an Individual, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

It is **ORDERED** that Defendant respond not later than September 15, 2006, to show any cause for not granting Plaintiff's *Motion for Leave to Amend Complaint* (Doc. 10, filed September 7, 2006).

Done this 8th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE