**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

September 11, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Georgia Southwestern Railroad, Inc. v. Americus C. Mitchell, Jr.**
**Case Number: 2:06-cv-3-DRB**

**Pleading : #12 - Response**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 9/8/2006 without a signature on the Certificate of Service.**

**The corrected pdf document is attached to this notice.**