IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation | ) ) ) | |
| Plaintiff, | ) ) ) | 2:06-CV-00003-DRB |
| v. | ) ) | |
| AMERICUS C. MITCHELL, JR., an Individual, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon review of the Defendant's *Motion for Summary Judgment* and supporting *Brief* with attachments filed on September 11, 2006 (Docs. 14 and 15), it is

**ORDERED** as follows:

1. Plaintiff shall file a response in opposition to the Defendant's Motion for Summary Judgment not later than October 4, 2006.

2. Defendant may file a reply to the Plaintiff's submissions not later than October 16, 2006.

3. Unless oral argument is requested, the submissions shall be deemed submitted on October 16, 2006.

Done this 12th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE