IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation, ) ) ) *Plaintiff,* ) ) vs. ) ) AMERICUS C. MITCHELL, JR., ) an Individual, ) ) *Defendant.* ) | CASE NO. 2:06cv3-B |

## **AMENDED ANSWER**

NOW COMES AMERICUS C. MITCHELL, JR., the defendant herein, by and through his attorneys, and amends his answer pursuant to FRCP 15(a) as follows:

1. That the Georgia Southwestern Railroad, Inc. is not the real party in interest to prosecute this action as required by Rule 17(a) of the *Federal Rules of Civil Procedure.*

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:   (334) 396-9977
E-mail:       dallred@allredpclaw.com
                  callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of September, 2006 filed the foregoing *Amended Answer* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>Adrian D. Johnson, Esq.
>PARNELL & CRUM, P.A.
>Post Office Box 2189
>Montgomery, Alabama 36102-2189

_____
OF COUNSEL