IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation ) ) ) | |
| Plaintiff, ) ) ) | 2:06-CV-00003-DRB |
| v. ) ) ) | |
| AMERICUS C. MITCHELL, JR., an Individual, ) ) ) ) | |
| Defendant. ) | |

## ORDER

**It is, for good cause,**

ORDERED that Plaintiff respond not later than September **20, 2006, to show any cause** for not granting Defendant's *Motion for Leave to Amend Answer,* filed on September 13, 2006 (Doc. 18).

Done this 14th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE