**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 5, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: Georgia Southwestern Railroad, Inc. v. Americus C. Mitchell, Jr.
Case Number: 2:06-cv-3-DRB

Pleading : #22 - Evidentiary Submission

**Notice of Correction is being filed this date to advise that the referenced pleading is being STRICKEN as an incomplete filing as it was e-filed on 10/4/2006 without the referenced exhibits attached.**

**A signed copy of the Evidentiary Submission complete with attachments was filed conventionally and will be entered on the docket as a separate document.**