IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT -4  P 4: 10

**GEORGIA SOUTHWESTERN RAILROAD,
INC., a Corporation,**

    Plaintiff

v.                                  CASE NO. 2:06cv3-DRB

**AMERICUS C. MITCHELL, JR.,
an Individual,**

    Defendant.

### EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Georgia Southwestern Railroad and submits the following documents and deposition transcript designations in support of Plaintiff's Response the Defendant's Motion for Summary Judgment:

1. Lease Agreement attached as "Exhibit 1."

2. Repair Estimate attached as "Exhibit 2."

3. Invoices from Lindsey Contractors attached as "Exhibit 3."

4. Deposition of Americus C. Mitchell, Jr., pages 18-19, 24, 25, 40 and 45.

5. Deposition of David L. Smoot, page 6.

6. Deposition of Terry R. Small, pages 7, 11-12, 47, 48, 52, 53, 54, 55, 56, 57 and 58.

**RESPECTFULLY SUBMITTED** this the 4th day of October, 2006.

_____
ADRIAN D. JOHNSON (JOH172)
Attorney for Plaintiff Georgia
Southwestern Railroad, Inc.

OF COUNSEL:
PARNELL & CRUM
641 S. Lawrence Street
P.O. Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the below listed party by placing a copy of same via facsimile and by United States Mail, postage prepaid and properly addressed this the 4th day of October, 2006:

D. Craig Allred
David E. Allred, P.C.
P.O. Box 241594
Montgomery, Alabama 36124-1594

_____
OF COUNSEL