

*Lindsey Contractors Inc.*

7599 Hwy 122 West
Hahira, GA

# Estimate

| DATE | ESTIMATE NO. |
|------|--------------|
| 4/15/2005 | 9 |

### NAME / ADDRESS

Georgia Southwestern Railroad
Repair burnt trestle
MP 338.8 White Oak Line

| Mile post | PROJECT |
|-----------|---------|
| 338.8 | |

| ITEM | DESCRIPTION | QTY | RATE | TOTAL |
|------|-------------|-----|------|-------|
| install ties | Install 40 ties | 40 | 100.00 | 4,000.00 |
| Gaurdrail | Install new gaurdrails | 12 | 285.00 | 3,420.00 |
| mud seal | Install 1 mud seal | 1 | 5,500.00 | 5,500.00 |
| Stringer | Install 18 stringers | 18 | 1,800.00 | 32,400.00 |
| Rail | Replace rail | 1 | 5,000.00 | 5,000.00 |
| Braces | Replace 12 braces | 12 | 1,000.00 | 12,000.00 |
| Posts | Replace 5 posts | 5 | 1,600.00 | 8,000.00 |
| | Total Labor   70,320.00 | | | |
| | | | | |
| | Materials | | | |
| Posts | 12x12x26 | 5 | 1,281.00 | 6,405.00 |
| Ties | 9x10x10 | 40 | 121.00 | 4,840.00 |
| Guardrail | 5x8x12 | 12 | 103.00 | 1,236.00 |
| Stringers | 8x16x28 | 18 | 683.00 | 12,294.00 |
| Brace | 3x10x20 | 12 | 102.00 | 1,224.00 |
| Seal | 14x14x26 | 1 | 1,478.00 | 1,478.00 |
| Hardware | bolts,spikes,lag screws,nuts, and washers | | 3,069.00 | 3,069.00 |
| Freight | Haul 2 loads | 2 | 1,400.00 | 2,800.00 |
| | Total Materials 33,346.00 | | | |
| | | | | |
| Clean up | Clean up and Disposal of old materials | | 9,500.00 | 9,500.00 |

THIS DOES NOT INCLUDE RAIL

| | TOTAL | $113,166.00 |
|---|-------|-------------|

EXHIBIT

tabbies

2