IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGIA SOUTHWESTERN        )
RAILROAD, INC., a Corporation,   )
                             )
            *Plaintiff,*      )
                             )
vs.                          )    CASE NO. 2:06cv3-B
                             )
AMERICUS C. MITCHELL, JR.,    )
an Individual,               )
                             )
            *Defendant.*      )

## JOINT NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

NOW COME the parties, by and through their attorneys, and submit the following in compliance with §3 of this Court's Uniform Scheduling Order:

1.    The parties have met and discussed settlement in this case, but have been unable to reach an agreement.

2.    One of the issues addressed in this defendant's pending motion for summary judgment is the appropriate measure of damages, which is in dispute between the parties.

3.    Thus, the parties agree that mediation would not assist in settling the case until there is a determination as to the appropriate measure of damages.

Respectfully submitted,

/s/ Adrian D. Johnson
ADRIAN D. JOHNSON
Attorney for Plaintiff

OF COUNSEL:

PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
Telephone:   (334) 832-4200
Facsimile:   (334) 832-4703

/s/ D. Craig Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977