# DEPOSITION OF AMERICUS MITCHELL

## September 22, 2006

### Pages 1 through 59

## CONDENSED TRANSCRIPT AND CONCORDANCE
## PREPARED BY:

Haislip, Ragan, Green, Starkie & Watson, P.C.
566 South Perry Street
Post Office Box 62
Montgomery, AL 36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

Page 41

1    belonged to Central of Georgia Railroad
2    Company, and through the years it changed
3    ownership. I don't know who owns it now to
4    tell you the truth.
5  Q. But you don't own that particular piece of
6    ground where the railroad sits?
7  A. No.
8  Q. But you didn't notify the owners of that
9    property before -- that you were going to do
10   your burn?
11 A. Never have.
12 Q. Now, getting back to what we were talking
13   about when the fire department arrived, how
14   late did you stay out there with the fire
15   department on that Saturday evening on the
16   12th?
17 A. I was out there until I guess 9:30 or ten
18   o'clock that night.
19 Q. When you left that night and when the fire
20   department left that night, was the fire under
21   control?
22 A. The fire was under control, but they were
23   standing by.

Page 42

1  Q. Is that the reason they came back out the next
2    morning?
3  A. No. The old wood was so rotten it kept --
4    they would put it out, and then it would
5    smolder and then it would catch on again, and
6    they would have to go back out there. The
7    only water they had was on the fire truck
8    itself.
9  Q. Yes, sir.
10       And did they just bring the fire truck up
11   the railroad and --
12 A. They got the fire truck as close to the fire
13   as they could and ran a hose.
14 Q. When they went back out there the next
15   morning, you say you were not present on that
16   Sunday morning; is that correct?
17 A. That's correct.
18 Q. Was it just your son out there that met with
19   the fire department that morning?
20 A. As far as I know.
21 Q. Do you know in talking with your son or
22   anybody since if the fire was still smoldering
23   that Sunday morning?

Page 43

1  A. During the time the truck was there, the
2    smoldering would catch up and they would go
3    back there and put it back out. It was
4    fortunate that they didn't leave because of
5    the old smoldering debris that was around the
6    trestle.
7  Q. To your knowledge did the fire department get
8    everything under control that Sunday? Did
9    they completely extinguish the bridge when
10   they were out there?
11 A. Yes.
12 Q. Now, you mentioned the debris around the
13   trestle. Can you describe to me what debris
14   you're talking about being around the trestle?
15 A. Well, in my opinion what caused the fire was
16   the tremendous growth of kudzu that had
17   enveloped the old trestle. In years past the
18   maintenance crews would prevent that from
19   happening. The right-of-way that they owned,
20   they would police it and they would control it
21   by equipment they had on the flat cars. They
22   had a type of Bush Hog that would clear the
23   right-of-way, and they also had a tank truck

Page 44

1    with boom sprayers that would spray herbicide
2    around the right-of-way to prevent any growth
3    of kudzu and flammable grasses that normally
4    grow around the trestle.
5  Q. How often do you go to that piece of your
6    property? Are you down there on a regular
7    basis to see what type of activity is going on
8    down there?
9  A. I'm on that property quite often, but I don't
10   go to where the trestle is located.
11 Q. So if the railroad indicated that they had
12   sprayed that particular area at least twice in
13   the year prior to this burn and had maintained
14   a machine cutting on that at least once in
15   that year prior, would you have any way to
16   refute that?
17 A. All I know is the old trestle had -- You know
18   kudzu, they claim is grows 3 feet in one
19   night, you know.
20 Q. Yes, sir.
21 A. All I know is kudzu had enveloped the thing.
22 Q. If you had maintained other fire breaks -- If
23   you had done a -- bulldozed a fire break

Page 53

1  A.  I moved out here in 1958, and the Central had
2      regular crews policing that railroad whenever
3      they felt it was necessary. They had
4      maintenance crews, you know, took out old
5      cross ties and put new ones in and policed the
6      area to keep it in good shape.
7  Q.  Other than your casual interaction with the
8      railroad folks and them coming and going on
9      your property, do you have any other knowledge
10     of the railroad or the railroad's procedures
11     in maintaining railroads?
12 A.  I was quite familiar with the old crews that
13     the Central of Georgia had, and subsequent --
14     I think it was Illinois Central bought them
15     after that. And later on it was -- Let's
16     see. I don't know who had the railroad after
17     Illinois Central had it, but they maintained
18     it. They had a working crew that went through
19     there and kept it in good shape.
20 Q.  When did you become aware that Georgia
21     Southwestern Railroad was operating on this
22     line?
23 A.  When I discovered that my roads into my

Page 54

1      property was blocked by those cars.
2  Q.  And how did you determine that Georgia
3      Southwestern Railroad maintained this railroad
4      and owned those cars?
5  A.  I called either the city or somebody and found
6      out who it belonged to.
7  Q.  Did you talk to anybody from Georgia
8      Southwestern Railroad when they came out to
9      move the cars?
10 A.  Yes.
11 Q.  Do you recall the fellow that you talked to?
12 A.  No. But I might have his name in my files
13     somewhere.
14 Q.  But you did know that Georgia Southwestern
15     Railroad owned or operated this line out here
16     after you got them to move the cars?
17 A.  Yeah. I think I called the city to find out
18     about it.
19         MR. JOHNSON: I think that's all I
20     have.
21         MR. ALLRED: I've got just one or
22     two questions for you,
23     Mr. Mitchell.

Page 55

1          EXAMINATION
2  BY MR. ALLRED:
3  Q.  We were talking about this fire incident
4      report earlier.
5         (Defendant's Exhibit 1 marked for
6         identification.)
7  Q.  This is the fire incident report that we were
8      talking about earlier. Just to make sure that
9      we've got this clear on the record, does that
10     state February 12 of '05?
11 A.  Yes.
12 Q.  The alarm was at 5:28?
13 A.  Yes.
14 Q.  And they arrived at 5:38, right?
15 A.  Yes.
16 Q.  So you did call them on the 12th?
17 A.  Yes.
18 Q.  And with regard to the maintenance of the area
19     around the trestle --
20 A.  What, now?
21 Q.  With regard to the maintenance of the area
22     around the trestle and on the White Oak spur
23     in general, would you say there was more or

Page 56

1      less maintenance done on the spur after
2      Louisiana Pacific closed?
3  A.  I'd say there was little or no maintenance on
4      it after that date as far as I know.
5  Q.  So there was less after the Louisiana Pacific
6      plant closed?
7  A.  Uh-huh (positive response).
8  Q.  After that time did you ever see any tank
9      sprayers or cutting equipment out there?
10 A.  No.
11 Q.  If you would, tell me a little bit about the
12     condition of the trestle prior to the fire.
13 A.  The trestle was in bad shape. I found out
14     that some -- I assume they were youngsters in
15     four-wheelers had been crossing on that
16     trestle, possibly coming in from Barbour Lane,
17     not through my property but hitting the
18     railroad at Barbour Lane and going through
19     there. And I was particularly disturbed that
20     those cross ties were in such bad shape that
21     they would cause an injury. Of course, those
22     young bucks on those things had no business
23     running four-wheelers across them anyhow, but

14 (Pages 53 to 56)

Page 57

1   I had no way of policing who went up and down
2   the tracks.
3 Q. So were there rotten cross ties on there?
4 A. Yeah.
5 Q. Were there any cross ties missing?
6 A. I don't know if there was any missing, but
7   they were all in bad shape.
8 Q. So in your estimation, you didn't feel like
9   the kids should be riding the four-wheelers
10   across there?
11 A. Huh-uh (negative response).
12 Q. The first picture here on the page of
13   Plaintiff's Exhibit 4 with the sticker that's
14   actually marking it, this photograph here, is
15   that representative of what the trestle looked
16   like prior to the fire, this particular cross
17   tie?
18 A. In several areas it was.
19 Q. So there were cross ties that had actually
20   rotted out and they had begun to fall apart?
21 A. That's true.
22      MR. ALLRED: I believe that's all I
23      have.

Page 58

1      MR. JOHNSON: That's all I have.
2      (Deposition concluded at
3      approximately 11:35 a.m.)
4
   * * * * * * * * * * * *
5
   FURTHER DEPONENT SAITH NOT
6
   * * * * * * * * * * * *
7
8      REPORTER'S CERTIFICATE
9 STATE OF ALABAMA:
10 MONTGOMERY COUNTY:
11   I, Pamela A. Wilbanks, Registered
12 Professional Reporter and Commissioner for the State
13 of Alabama at Large, do hereby certify that I
14 reported the deposition of:
15      AMERICUS C. MITCHELL
16 who was first duly sworn by me to speak the truth,
17 the whole truth and nothing but the truth, in the
18 matter of:
19      GEORGIA SOUTHWESTERN RAILROAD,
20      Inc., a Corporation,
21      Plaintiff,
22      Vs.
23      AMERICUS C. MITCHELL, JR.,

Page 59

1   an individual,
2   Defendant.
3   In The U.S. District Court
4   For the Middle District of Alabama
5   Northern Division
6   2:06CV3-DRB
7 on Friday, September 22, 2006.
8      The foregoing 58 computer printed pages
9 contain a true and correct transcript of the
10 examination of said witness by counsel for the
11 parties set out herein. The reading and signing of
12 same is hereby waived.
13      I further certify that I am neither of kin
14 nor of counsel to the parties to said cause nor in
15 any manner interested in the results thereof.
16
17
18
19
20
21      _____
        Pamela A. Wilbanks, Registered
22      Professional Reporter and
        Commissioner for the State
23      of Alabama at Large.