IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA SOUTHWESTERN | ) | |
| RAILROAD, INC., a Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:06-CV-00003-DRB |
| v. | ) | |
| | ) | |
| AMERICUS C. MITCHELL, JR., | ) | |
| an Individual, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**It is, for good cause,**

**ORDERED** that Defendant's motion for summary judgment (Doc. 14), now fully briefed,

is set for **oral arguments** on October 24, 2006 at 10:00 a.m., in District Courtroom 4A.

Done this 17th day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE