# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA

☒ *Northern*   ☐ *Southern*   ☐ *Eastern*

| | | |
|---|---|---|
| HON. Delores Boyd | AT Montgomery | , **Alabama** |
| DATE COMMENCED 10-24-2006 | @ 10:02 | ☒ a.m. ☐ p.m |
| DATE COMPLETED 10-24-2006 | @ 11:32 | ☒ a.m. ☐ p.m |

CASE NO. 2:06CV3-DRB

GEORGIA SOUTHWESTERN RAILROAD, INC.       **VS.**       AMERICUS C. MITCHELL, JR.

*Plaintiff(s)*                                                                *Defendant(s)*

## APPEARANCES

**Plaintiff(s)/Government**

Adrian Daniel Johnson

**Defendant(s)**

David Craig Allred

David Earl Allred

### COURT OFFICIALS PRESENT:

*Ctrm Clerk*: S. Q. Long, Jr.

*Law Clerk*: Michelle Dearing

*USPO/USPTS*:

*Crt Rptr*:

*Interpreter* :

*Other*:

### PROCEEDINGS:

- ☐ **Motion Hearing** : DEFT's MOTION FOR SUMMARY JUDGMENT
- ☐ **Status Conference**   ☒ **Oral Argument**   ☐ **Evidentiary Hrg.**
- ☐ **Revocation**   ☐ **Scheduling Conf.**   ☐ **Show Cause**
- ☐ **Settlement Conference**   ☐ **Telephone Conf.**   ☐ **Sentencing**
- ☐ **Non-Jury Trial**   ☐ **Revocation/Prtrl/SupvRel/Prob**
- ☐ **Other**

☐

**Pretrial Conference**

Pending Motions:

Discovery Status

Trial Status/Length

Plea Status

Trial Term:

10:02am   Court convenes;
Court addresses parties;

Page: 2
Date: 10-24-06
Case No: 2:06cV3-DRB

| | |
|---|---|
| 10:12am | Parties' address Court. |
| 10:37am | Court addresses parties. |
| 10:40am | Oral Argument continues. |
| 11:32am | Court is recessed. |