# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern   ☐ Southern   ☐ Eastern

| | | | |
|---|---|---|---|
| HON. Delores Boyd | | AT Montgomery, Alabama | |
| DATE COMMENCED 11-28-2006 | @ 3:27 | ☐ a.m. ☒ p.m. | |
| DATE COMPLETED 11-28-2006 | @ 4:24 | ☐ a.m. ☒ p.m. | |

CASE NO. 2:06cv3-DRB

GEORGIA SOUTHWESTERN RAILROAD        VS.        AMERICUS C. MITHCELL, JR.
Plaintiff(s)                                                Defendant(s)

### APPEARANCES

Plaintiff(s)/Government: Adrian Johnson

Defendant(s): David Allred

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk: Michele Dearing
USPO/USPTS: 
Crt Rptr: 
Interpreter: 
Other: 

### PROCEEDINGS:

☒ Motion Hearing:
☐ Status Conference   ☐ Oral Argument   ☐ Evidentiary Hrg.
☐ Revocation   ☐ Scheduling Conf.   ☐ Show Cause
☐ Settlement Conference   ☐ Telephone Conf.   ☐ Sentencing
☐ Non-Jury Trial   ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

☐ **Pretrial Conference**
Pending Motions:
Discovery Status                Plea Status
Trial Status/Length            Trial Term:

3:27pm  Court convenes, Hearing on pending motions.

**SCANNED**

Page: 2
Date: 11-28-06
Case No: 2:06cv3-PRB

3:54 pm    In Recess.
4:17 pm    Court reconvenes.
4:24 pm    Court is recessed.