**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 8, 2007

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: Georgia Southwestern Railroad, Inc. v. Americus C. Mitchell, Jr.
Civil Action No. 2:06-cv-00003-DRB

The above-styled case has been reassigned to Judge Terry F. Moorer.

Please note that the case number is now *2:06-cv-00003-TFM*.

This new case number should be used on all future correspondence and pleadings in this action.