IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | 2:06-CV-00003-DRB |
| **AMERICUS C. MITCHELL, JR.,** | ) ) ) | |
| **Defendant.** | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒   There are no entities to be reported.

- or -

The following entities are hereby reported:

_____

_____

_____

| | |
|---|---|
| _March 30, 2007_ | _s/ Adrian D. Johnson_ |
| Date | ADRIAN D. JOHNSON (JOH172) |
| | Counsel for Plaintiff Georgia Southwestern Railroad, Inc. |

OF COUNSEL
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200
(334) 293-3550 Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the below listed party by placing a copy of same in the United States Mail, postage prepaid and properly addressed this the 29th day of March, 2007.

David E. Allred
D. Craig Allred
David E. Allred, P.C.
7030 Fain Park Drive, Suite 9
Montgomery, AL 36117

                                             s/ Adrian D. Johnson
                                             OF COUNSEL