IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation, | ) ) ) |
| *Plaintiff,* | ) ) |
| vs. | ) CASE NO. 2:06cv3-B ) |
| AMERICUS C. MITCHELL, JR., an Individual, | ) ) ) |
| *Defendant.* | ) ) |

## OBJECTION TO PLAINTIFF'S WITNESS LIST

NOW COMES AMERICUS C. MITCHELL, JR., defendant herein, and submits the following objection to the plaintiff's witness list submitted on April 5, 2007:

1.   This defendant objects to the plaintiff's calling LOGAN B. MITCHELL as a witness at the trial of this matter. Mr. Mitchell is the insurance adjuster who is handling this claim for the defendant's liability insurer and to call him as a witness would unnecessarily interject the issue of liability insurance into the trial. Such evidence is barred by *Federal Rule of Evidence 411*.

Respectfully submitted,

*/s/ David E. Allred*
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant
AMERICUS C. MITCHELL, JR.

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977
E-mail:      dallred@allredpclaw.com
             callred@allredpclaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of April, 2007 filed the foregoing *Objection to Plaintiff's Witness List* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>   Adrian D. Johnson, Esq.
>   PARNELL & CRUM, P.A.
>   Post Office Box 2189
>   Montgomery, Alabama 36102-2189

                                            _____
                                            OF COUNSEL