IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:06-CV-003-TFM |
| AMERICUS C. MITCHELL, JR., | ) ) ) | |
| Defendant. | ) | |

## ORDER

This action is assigned to the undersigned magistrate judge to conduct all proceedings and order entry of judgment by consent of all the parties (Docs. 8-9, filed January 11, 2006) and 28 U.S.C. § 636(c). It is

**ORDERED** that the parties appear on **May 30, 2007 at 10:00 a.m.** for a **HEARING** on *Motion In Limine of Defendant Americus C. Mitchell, Jr.* (Doc. 44, filed April 4, 2007), *Objection to Plaintiff's Witness List* (Doc. 47, filed April 17, 2007), and any other pending motions before the court. The hearing shall be in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The hearing shall be attended by all trial counsel.

DONE this 18th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE