IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation**  Plaintiff, | ) ) ) ) ) |
| v. | ) 2:06-CV-00003-DRB |
| **AMERICUS C. MITCHELL, JR.,**  Defendant. | ) ) ) ) ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENT

TO:   DEBRA P. HACKETT, CLERK

DATE OF SERVICE: The ___27___ day of April, 2007.

Take notice that the undersigned has, by mail this date, served the following on all counsel of record.

(xxx)   Plaintiff's Notice of Deposition of Samuel R. Moore.

_____
ADRIAN D. JOHNSON (JOH172)
Counsel for Plaintiff Georgia Southwestern
Railroad, Inc.

OF COUNSEL
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200
(334) 293-3550 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the below listed party by placing a copy of same in the United States Mail, postage prepaid and properly addressed this the 27 day of April, 2007.

David E. Allred
D. Craig Allred
David E. Allred, P.C.
7030 Fain Park Drive, Suite 9
Montgomery, AL 36117

_____
OF COUNSEL