**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 2, 2007

# NOTICE OF NON-COMPLIANCE

**To:      ALL COUNSEL OF RECORD**

**Case Style:   Georgia Southwestern Railroad, Inc. v. Americus C. Mitchell, Jr.**

**Case Number:   2:06-cv-3-TFM**

**Referenced Pleading(s):  Notice of Service of Discovery Document/to Take Deposition
Docket Entry Number(s): 50**

**The referenced pleading was electronically  filed on 5/1/2007 in this case and is not in compliance with the  local rules and/or administrative procedures of this court.**

<span style="color:red">******This pleading is  regarding  discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.</span>

**The pleading is  hereby STRICKEN from the record and the parties are instructed to disregard  the entry of this pleading on the court's docket.  Parties should be aware  that the striking of this entry does not affect their responsibilities as to the discovery process.**