IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation, | ) ) ) |
| *Plaintiff,* | ) ) |
| vs. | ) CASE NO. 2:06cv3-B ) |
| AMERICUS C. MITCHELL, JR., an Individual, | ) ) ) ) |
| *Defendant.* | ) |

## PROPOSED VOIR DIRE OF
## DEFENDANT AMERICUS C. MITCHELL, JR.

NOW COMES **AMERICUS C. MITCHELL, JR**, the defendant in the above-styled case, and submits the following proposed voir dire:

Is there any member of the jury panel who:

1. Has ever had any contact in any way with the plaintiff, Georgia Southwestern Railroad, Inc.

2. Knows Terry Small, President of the Georgia Southwestern Railroad, Inc. whether on a professional level, such as through your job, or on a personal level, such as through church or a social or civic organization;

3. Knows David Smoot, Vice-President of the Georgia Southwestern Railroad, Inc. whether on a professional level, such as through your job, or on a personal level, such as through church or a social or civic organization;

4. Knows Jason Revalee, Operations Manager of the Georgia Southwestern Railroad, Inc. whether on a professional level, such as through your job, or on a personal level, such as through church or a social or civic organization;

5. Has ever filed worked for a railroad in any capacity;

6. Has ever worked in any railroad related industry;

7. Has contact with rail service of any kind, whether as part of your job duties or as a means of personal transportation.

          Respectfully submitted,

          /s/ D. Craig Allred
          DAVID E. ALLRED
          D. CRAIG ALLRED
          Attorneys for Defendant
          AMERICUS C. MITCHELL, JR.

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-mail:  dallred@allredpclaw.com
        callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 21st day of May, 2007 filed the foregoing *Proposed Voir Dire* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Adrian D. Johnson, Esq.
> PARNELL & CRUM, P.A.
> Post Office Box 2189
> Montgomery, Alabama 36102-2189

/s/ D. Craig Allred
OF COUNSEL