IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:06-CV-00003-DRB |
| AMERICUS C. MITCHELL, JR., | ) ) ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR DISMISSAL**

**COME NOW** the Parties in the above-styled cause, and move this Honorable Court to dismiss this matter, with prejudice, as the Parties have reached a settlement in this matter.

**WHEREFORE,** the Parties respectfully request that this Court dismiss the above-styled case with prejudice.

**RESPECTFULLY SUBMITTED** this 5th day of June, 2007.

                                            /s/ Adrian D. Johnson
                                            ADRIAN D. JOHNSON (JOH172)
                                            Counsel for Plaintiff Georgia Southwestern Railroad, Inc.

OF COUNSEL
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200
(334) 293-3550 Facsimile

                                            /s/ D. Craig Allred
                                            DAVID E. ALLRED (ALL039)
                                            D. CRAIG ALLRED (ALL078)
                                            Counsel for Defendant Americus C. Mitchell, Jr.

OF COUNSEL:
DAVID E. ALLRED, P.C.
7030 Fain Park Drive, Suite 9
Montgomery, Alabama 3611
(334) 396-9200

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) 2:06-CV-00003-DRB ) |
| **AMERICUS C. MITCHELL, JR.,** | ) ) |
| **Defendant.** | ) |

## ORDER

Based upon the Parties Joint Stipulation Dismiss With Prejudice, it is the opinion of this Court, that the same is to be, and is hereby, **GRANTED.**

It is **ORDERED** that the above-referenced case is dismissed with prejudice.

**DONE AND ORDERED** this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Adrian D. Johnson, Esq.
      David E. Allred, Esq.
      D. Craig Allred, Esq.