IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGIA SOUTHWESTERN RAILROAD, INC., a Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. 2:06-CV-003-TFM ) |
| AMERICUS C. MITCHELL, JR., | ) ) |
| Defendant. | ) |

## ORDER

Pursuant to the *Joint Stipulation for Dismissal* (Doc. 62, filed June 5, 2007), it is, for good cause, **ORDERED** that

(1)   This action is **DISMISSED with prejudice**. Unless otherwise addressed in settlement agreement, the parties shall bear costs separately incurred.

DONE this 5th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE